GREENBERG TRAURIG, LLP
VINCENT H. CHIEFFO (SBN 49069)
E-Mail: *ChieffoV@gtlaw.com*
NINA D. BOYAJIAN (SBN 246415)
E-Mail: *BoyajianN@gtlaw.com*
1840 Century Park East, 19th Floor
Los Angeles, CA  90067-2101
Telephone:  310-586-7700
Facsimile:   310-586-7800

Attorneys for Plaintiffs
Independence Energy Group LLC and
Independence Energy Alliance LLC

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| INDEPENDENCE ENERGY GROUP LLC, a Delaware Limited Liability Company, and INDEPENDENCE ENERGY ALLIANCE LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>ARASH AKHAVAN,<br><br>Defendant. | CASE NO.  CV 12-03275 R (AJWx)<br><br>**PERMANENT INJUNCTION**<br><br>[Concurrently Filed With Stipulation for Entry of Permanent Injunction and Dismissal of Action]<br><br>Judge:        Hon. Manuel L. Real<br>Date Filed:  April 12, 2012 |

Having considered the Stipulation for Entry of a Permanent Injunction and Dismissal of Action submitted by Plaintiffs Independence Energy Group LLC ("Independence Energy Group") and Independence Energy Alliance LLC ("Independence Energy Alliance") (Independence Energy Group and Independence Energy Alliance shall collectively be referred to hereafter as "Plaintiffs" or "Independence Energy") on the one hand, and Defendant Arash Akhavan ("Defendant") on the other hand:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. Defendant, his successors, assigns, partners, agents, servants, employees, any and all persons acting in concert or participation with Defendant, are immediately and permanently enjoined from:

    (a) using the "INDEPENDENCE ENERGY" and/or the "INDEPENDENCE ENERGY ALLIANCE" names in any manner whatsoever, including, but not limited to, the solicitation of potential energy customers;

    (b) holding themselves out as the marketing arm of Independence Energy Group ("Independence Energy Associates"), that contracts with independent sales associates;

    (c) contacting any Independence Energy Associates with the intent of selling customer accounts and/or leads; and/or

    (d) assisting, aiding or abetting another person or business entity in engaging in or performing any of the activities enumerated in subparagraphs (a) through (c) above.

2. This Court has personal jurisdiction over the parties with respect to this Action and this Stipulated Permanent Injunction.

3. This Court has jurisdiction over the subject matter of this Action.

4. Each party shall bear its own attorney's fees and costs in connection with this Action; provided, however, that in the event any party files a motion, action or other proceeding to enforce or interpret the terms of this Stipulated Permanent Injunction or the Settlement Agreement, the prevailing party shall be entitled to recover all attorney's fees

1 and other fees and costs incurred in connection with such a motion, action or
2 enforcement proceeding.
3     5.    This Court shall retain jurisdiction over this matter and to the extent
4 necessary to interpret or enforce this Stipulated Permanent Injunction and to determine
5 any issues which may arise concerning this Stipulated Permanent Injunction or the
6 Settlement Agreement.
7     6.    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all other claims
8 in this Action are hereby dismissed with prejudice.
9 **IT IS SO ORDERED.**

12 DATED: May 29, 2012     _____
13     Honorable Manuel L. Real
    United States District Court
14     Central District of California

2

182,518,591 v2